UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

TERRIS WOODARD, )
)
Plaintiff, )
vs. ) No. 1:10-cv-1606-JMS-MJD
)
DET. SGT. MARK MILLER, et al., )
)
Defendants. )

**Entry Discussing Motion to Amend and Directing Further Proceedings**

The plaintiff's motion to amend complaint [dkt 22] is **denied.** The plaintiff's motion seeks to "remove, and add to the originally filed complaint" in complete disregard of the Local Rules of this Court, applicable case law, and the Entry of August 17, 2011, which stated:

> The plaintiff is notified that the amended complaint will completely replace and supersede the original complaint. *Massey v. Helman,* 196 F.3d 727, 735 (7th Cir. 1999). Local Rule 15.1 requires that the entire pleading as amended be reproduced and does not permit the incorporation of prior pleadings by reference.

The plaintiff was further warned that "If no amended complaint is filed as directed in this Entry, the action may be dismissed for failure to prosecute." The plaintiff shall be given **a final opportunity to file an amended complaint as directed in the Entry of August 17, 2011**. The plaintiff shall have **through November 22, 2011**, in which to file an amended complaint. No motion to amend is necessary, only the amended complaint must be filed.

The plaintiff's continued disregard of this Court's orders will result in the dismissal of this action. While the power to sanction via dismissal is one which should be exercised with great care, it is "essential" to a court's ability to efficiently manage its caseload. *Roland v. Salem Contract Carriers, Inc.,* 811 F.2d 1175, 1177-78 (7th Cir. 1987).

**IT IS SO ORDERED.**

Date: 10/24/2011

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

TERRIS WOODARD
1803 Cadillac Dr. E.
Kokomo, IN 46902